# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                 §
                                       §
EDWARDS, WILLIAM                       §       Case No. 13-01925
                                       §
            Debtor(s)                  §

## SUCCESSOR TRUSTEE'S FINAL REPORT (TFR)

The undersigned successor trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                               Successor Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 13-01925 | CAS | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | EDWARDS, WILLIAM | | | Date Filed (f) or Converted (c): | 01/17/13 (f) |
| | | | | 341(a) Meeting Date: | 02/22/13 |
| For Period Ending: | 01/26/15 | | | Claims Bar Date: | 08/12/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account, Suburban Bank & Trust | 1,000.00 | 0.00 | | 0.00 | FA |
| 2. Furniture | 580.00 | 580.00 | | 0.00 | FA |
| 3. Clothes | 300.00 | 0.00 | | 0.00 | FA |
| 4. Claim against William R Zimmerman for 2009 motorcycle accident in Kentucky settled per order 10/31/14 | 30,000.00 | 15,000.00 | | 122,500.00 | FA |
| 5. 2004 Chevy Suburban 1500 sold at auction per order 2/7/14 | 9,777.00 | 6,777.00 | | 2,750.00 | FA |
| 6. 2011 Harley Davidson FLHTCU Electra Glide Untra Classic | 15,750.00 | 811.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $57,407.00 | $23,168.00 | | $125,250.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Follow with PI attorney for status on motorcycle accident claim

PI case in Kentucky statute of limitations expires 7/01/2013.

Special counsel to file PI case on 7/01/2013

Negotiations ongoing re: Chevy Suburban equity

Motion for Turnover of Chevy Suburban set for November 8, 2013.

Order for turnover of the 2004 Chevy Suburban granted on November 8, 2013.  Turnover pending.

Motion to Employ Auctioneer set for 2/14

Proceeds of sale received, along with settlement of lawsuit.  Hearing scheduled for 10/31/14

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                         Ver: 18.03b

Case 13-01925 Doc 42 Filed 02/09/15 Entered 02/09/15 11:22:55 Desc Main
Document Page 4 of 11

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 13-01925 CAS Judge: DONALD R. CASSLING | Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Case Name: | EDWARDS, WILLIAM | Date Filed (f) or Converted (c): 01/17/13 (f) |
| | | 341(a) Meeting Date: 02/22/13 |
| | | Claims Bar Date: 08/12/13 |

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 06/30/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 13-01925 -CAS | | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
|---|---|---|---|---|
| Case Name: | EDWARDS, WILLIAM | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3656  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6147 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/25/14 | 5 | American Auction Associates Inc. 508 W. Brittany Drive Arlington Heights IL 60004 | sale of vehicle | 1129-000 | 2,750.00 | | 2,750.00 |
| 11/04/14 | 4 | Nationwide Insurance P.O. Box 147081 Gainesville FL 32614 | PARTIAL SETTLEMENT OF P.I. LAWSUIT | 1142-000 | 72,500.00 | | 75,250.00 |
| * 11/04/14 | | National Mutual Insurance Co | PARTIAL SETTLEMENT OF P.I. LAWSUIT | 1142-003 | 50,000.00 | | 125,250.00 |
| * 11/12/14 | | National Mutual Insurance Co | PARTIAL SETTLEMENT OF P.I. LAWSUIT stale check | 1142-003 | -50,000.00 | | 75,250.00 |
| 12/08/14 | 4 | National Mutual Insurance Co | personal injury litigation proceeds | 1142-000 | 50,000.00 | | 125,250.00 |
| 12/17/14 | 010001 | Edward L. Cooley | ATTORNEYS FEES | 3210-000 | | 40,833.33 | 84,416.67 |
| * 12/17/14 | 010002 | Edward L. colley | attorney expenses | 3220-003 | | 186.66 | 84,230.01 |
| * 12/17/14 | 010002 | Edward L. colley | attorney expenses payee name spelled wrong | 3220-003 | | -186.66 | 84,416.67 |
| 12/17/14 | 010003 | Blue Cross Blue Shield of Illinois | medical lien | 4220-000 | | 36,416.67 | 48,000.00 |
| 12/17/14 | 010004 | First Recovery Group | medical lien | 4220-000 | | 2,077.34 | 45,922.66 |
| 12/17/14 | 010005 | GLA Collection Company | medical lien | 4220-000 | | 655.00 | 45,267.66 |
| 12/17/14 | 010006 | William Edwards | exemptions | 8100-000 | | 17,750.00 | 27,517.66 |
| 12/17/14 | 010007 | Edward Cooley | attorney expenses | 3220-000 | | 186.66 | 27,331.00 |
| 01/14/15 | | Associated Bank | Bank Service Fee-assessed 11/2014 | 2600-000 | | 12.00 | 27,319.00 |

Page Subtotals    125,250.00    97,931.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.03b

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 13-01925 -CAS |
| Case Name: | EDWARDS, WILLIAM |
| Taxpayer ID No: | *******6147 |
| For Period Ending: | 01/26/15 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3656  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 125,250.00 | 97,931.00 | 27,319.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 125,250.00 | 97,931.00 | |
| | | | Less: Payments to Debtors | | | 17,750.00 | |
| | | | Net | | 125,250.00 | 80,181.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******3656 | 125,250.00 | 80,181.00 | 27,319.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 125,250.00 | 80,181.00 | 27,319.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 04, 2015 |
|---|---|---|---|---|---|---|

Case Number: 13-01925
Debtor Name: EDWARDS, WILLIAM

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6<br>050<br>4220-00 | Kentucky Medical Services Foundation<br>P.O. Box 1688<br>Lexington, KY  40588 | Secured<br>Medical lien claim paid per order 10/31/14<br>(6-1) Medical Services | | $655.00 | $655.00 | $0.00 |
| 001<br>2100-00 | BRENDA PORTER HELMS, TRUSTEE | Administrative<br>Share of trustee compensation pursuant to section 326 allocated to successor trustee | | $2,000.00 | $0.00 | $2,000.00 |
| 001<br>3110-00 | Innovolaw | Administrative | | $3,182.50 | $0.00 | $3,182.50 |
| 001<br>3120-00 | Innovolaw | Administrative | | $42.39 | $0.00 | $42.39 |
| 001<br>2100-00 | David Grochocinski, Trustee | Administrative<br>Share of trustee compensation pursuant to section 326 allocated to prior trustee | | $6,625.00 | $0.00 | $6,625.00 |
| 001<br>3620-00 | American Auction Associates, Inc.<br>8515 S. Thomas Avenue<br>Bridgeview, IL 60455 | Administrative | | $321.80 | $0.00 | $321.80 |
| 1<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>P.O. Box 71083<br>Charlotte, NC  282721083 | Unsecured | | $1,011.62 | $0.00 | $1,011.62 |
| 2<br>080<br>7200-00 | LVNV Funding<br>c/o Blatt Hasenmiller, Leibsker & Moore<br>125 S Wacker Drive<br>Suite 400<br>Chicago, IL  60606 | Unsecured<br>(2-1) debt collection | | $8,834.00 | $0.00 | $8,834.00 |
| 3<br>080<br>7200-00 | Kingstream Inc<br>365 Irving Park Road<br>Wood Dale, IL  60191 | Unsecured<br>Claim withdrawn 9/30/14<br>(3-1) lease | | $0.00 | $0.00 | $0.00 |
| 4<br>080<br>7200-00 | Northern Leasing Systems, Inc<br>P.O. Box 7861<br>New York, NY  10116 | Unsecured<br>(4-1) equipment lease | | $2,537.00 | $0.00 | $2,537.00 |
| 5<br>080<br>7200-00 | W.W. Collections<br>3601 Algonquin<br>Rolling Meadows, IL  60008 | Unsecured<br>(5-1) lease | | $2,500.00 | $0.00 | $2,500.00 |
| 7<br>080<br>7200-00 | Kingstream<br>c./o Edgerton & Edgerton<br>125 Wood St. | Unsecured | | $55,325.29 | $0.00 | $55,325.29 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: February 04, 2015 |
|---|---|---|---|---|---|---|---|

Case Number:     13-01925                                               Claim Class Sequence
Debtor Name:     EDWARDS, WILLIAM

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | P.O. Box 218<br>West Chicago IL 60186 | | | | | |
| | Case Totals: | | | $83,034.60 | $655.00 | $82,379.60 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# SUCCESSOR TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-01925
Case Name: EDWARDS, WILLIAM
Trustee Name: BRENDA PORTER HELMS, SUCCESSOR TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Kentucky Medical Services Foundation | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: B. Helms & D. Grochocinski, Trustees | $ | $ | $ |
| Attorney for Trustee Fees: Innovolaw | $ | $ | $ |
| Auctioneer Expenses: American Auction Associates, Inc. | $ | $ | $ |
| Other: Innovolaw | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

Tardily filed general (unsecured) claims are as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | LVNV Funding | $ | $ | $ |
| 4 | Northern Leasing Systems, Inc | $ | $ | $ |
| 5 | W.W. Collections | $ | $ | $ |
| 7 | Kingstream | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____

 

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE