## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
EDWARDS, WILLIAM                      §        Case No. 13-01925
                                      §
            Debtor(s)                 §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 s. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/13/2015 in Courtroom 240,
          Kane County Courthouse
          100 S. Third Street
          Geneva Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/10/2015           By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                    §
                          §
                          §
EDWARDS, WILLIAM          §     Case No. 13-01925
                          §
         Debtor(s)        §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 125,250.00 |
| and approved disbursements of | $ | 97,931.00 |
| leaving a balance on hand of[1] | $ | 27,319.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Kentucky Medical Services Foundation | $ 655.00 | $ 655.00 | $ 655.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 27,319.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 8,625.00 | $ 0.00 | $ 8,625.00 |
| Attorney for Trustee Fees: Innovolaw | $ 3,182.50 | $ 0.00 | $ 3,182.50 |
| Auctioneer Expenses: American Auction Associates, Inc. | $ 321.80 | $ 0.00 | $ 321.80 |
| Other: Innovolaw | $ 42.39 | $ 0.00 | $ 42.39 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 12,171.69 |
| Remaining Balance | $ | 15,147.31 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,011.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $ 1,011.62 | $ 0.00 | $ 1,011.62 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,011.62 |
| | Remaining Balance | | $ | 14,135.69 |

Tardily filed claims of general (unsecured) creditors totaling $ 69,196.29 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 20.4 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | LVNV Funding | $ 8,834.00 | $ 0.00 | $ 1,804.64 |
| 4 | Northern Leasing Systems, Inc | $ 2,537.00 | $ 0.00 | $ 518.27 |
| 5 | W.W. Collections | $ 2,500.00 | $ 0.00 | $ 510.71 |
| 7 | Kingstream | $ 55,325.29 | $ 0.00 | $ 11,302.07 |

Total to be paid to tardy general unsecured creditors    $ 14,135.69

Remaining Balance    $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
William D Edwards  
     Debtor

Case No. 13-01925-DRC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: acox     Page 1 of 1     Date Rcvd: Feb 11, 2015  
                    Form ID: pdf006     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2015.

```
db              William D Edwards,    21W40 Woodview Drive,    Itasca, IL  60143
19931482        Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
20553559        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    P.O. Box 71083,
                  Charlotte, NC 28272-1083
19931483        Edgerton & Edgerton,    125 Wood St,    P.O. Box 218,    West Chicago, IL 60186-0218
19931484       +Harley Davidson Credit Corp,    Dept 15129,    Palatine, IL 60055-0001
19931485       +Kentucky Medical Services Foundation,    P.O. Box 1688,    Lexington, KY 40588-1688
19931486       +Kingstream Inc,    365 Irving Park Road,    Wood Dale, IL 60191-1642
21749555        Kingstream, Inc.,    c/o Edgerton & Edgerton,    Attorneys for Creditor,
                  125 Wood Street - P.O. Box 218,    West Chicago, IL 60186-0218
19931487       +LVNV Funding,    c/o Blatt Hasenmiller, Leibsker & Moore,    125 S Wacker Drive,    Suite 400,
                  Chicago, IL 60606-4440
19931488       +Northern Leasing Systems, Inc,    P.O. Box 7861,    New York, NY 10116-7861
19931489       +W.W. Collections,    3601 Algonquin,    Rolling Meadows, IL 60008-3143
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2015                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2015 at the address(es) listed below:

```
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Kathleen M. McGuire     on behalf of Trustee Brenda Porter Helms, ESQ kathleenmmcguirelaw@gmail.com,
               kmmcguirelaw@sbcglobal.net,lawyers@innovalaw.com,khubert@innovalaw.com
              Patrick J Hart    on behalf of Debtor William D Edwards patrickhartlaw@gmail.com,
               admin@patrickhartlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```