UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    )
WILLIAM EDWARDS                     )    Case No.13-01925
                                    )
        Debtor                      )

SUCCESSOR CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, successor chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, an order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 13,930.00<br>(Without deducting any secured claims) | Assets Exempt: 21,700.00 |
| Total Distributions to Claimants: 54,296.32 | Claims Discharged<br>Without Payment: 68,254.60 |
| Total Expenses of Administration: 53,203.08 | |

3) Total gross receipts of $ 125,250.00 (see Exhibit 1), minus funds paid to the debtor and third parties of $ 17,750.00 (see Exhibit 2), yielded net receipts of $ 107,500.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $12,759.00 | $9,814.91 | $9,814.91 | $9,814.91 |
| PRIORITY CLAIMS: Chapter 7 Admin.Fees and Charges (from Exhibit 4) | NA | 53,120.68 | 53,120.68 | 53,120.68 |
| PRIOR CHAPTER Admin.Fees and Charges (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 67,508.00 | 95,287.01 | 95,287.01 | 15,164.41 |
| **TOTAL DISBURSEMENTS** | **$80,267.00** | **$158,222.60** | **$158,222.60** | **$78,100.00** |

4) This case was originally filed under chapter 7 on 01/19/2013. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and cancelled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as Exhibit 8. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursement of estate funds is attached as Exhibit 9.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/12/2015    By: /s/BRENDA PORTER HELMS, TRUSTEE
                        Successor Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.FR.ß 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 Chevy Suburban 1500 | 1129-000 | 2,750.00 |
| Claim against William R Zimmerman for 2009 | 1142-000 | 122,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$125,250.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| EDWARDS, WILLIAM | Exemptions | 8100-002 | 17,750.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 17,750.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harley Davidson Credit Corp Dept 15129 Palatine, IL 60055 | | 12,539.00 | NA | NA | 0.00 |
| | BLUE CROSS BLUE SHIELD OF ILLINOIS | 4220-000 | NA | 36,416.67 | 36,416.67 | 36,416.67 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FIRST RECOVERY GROUP | 4220-000 | NA | 2,077.34 | 2,077.34 | 2,077.34 |
| 6 | KENTUCKY MEDICAL SERVICES FOUNDATIO | 4220-000 | NA | 655.00 | 655.00 | 655.00 |
| **TOTAL SECURED CLAIMS** | | | $ 12,539.00 | $ 39,149.01 | $ 39,149.01 | $ 39,149.01 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS | 2100-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| ASSOCIATED BANK | 2600-000 | NA | 12.00 | 12.00 | 12.00 |
| TRUSTEE DAVID GROCHOCINSKI | 2320-000 | NA | 6,625.00 | 6,625.00 | 6,625.00 |
| INNOVOLAW | 3110-000 | NA | 3,182.50 | 3,182.50 | 3,182.50 |
| INNOVOLAW | 3120-000 | NA | 42.39 | 42.39 | 42.39 |
| COOLEY, EDWARD L. | 3210-000 | NA | 40,833.33 | 40,833.33 | 40,833.33 |
| COOLEY, EDWARD | 3220-000 | NA | 186.66 | 186.66 | 186.66 |
| AMERICAN AUCTION ASSOCIATES INC. | 3620-000 | NA | 321.80 | 321.80 | 321.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 53,203.68 | $ 53,203.68 | $ 53,203.68 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Kentucky Medical Services Foundation P.O. Box 1688 Lexington, KY 40588 |  | 655.00 | NA | NA | 0.00 |
| 1 | CAPITAL ONE BANK (USA) N.A. | 7100-000 | 953.00 | 1,011.62 | 1,011.62 | 1,011.62 |
| 7 | KINGSTREAM | 7200-000 | 52,027.00 | 55,325.29 | 55,325.29 | 11,302.07 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | KINGSTREAM INC | 7200-000 | NA | 0.00 | 0.00 | 0.00 |
| 2 | LVNV FUNDING | 7200-000 | 8,834.00 | 8,834.00 | 8,834.00 | 1,804.64 |
| 4 | NORTHERN LEASING SYSTEMS INC | 7200-000 | 2,537.00 | 2,537.00 | 2,537.00 | 518.27 |
| 5 | W. W. COLLECTIONS | 7200-000 | 2,500.00 | 2,500.00 | 2,500.00 | 510.71 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 67,506.00 | $ 70,207.91 | $ 70,207.91 | $ 15,147.31 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-01925 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | WILLIAM EDWARDS | | | | Date Filed (f) or Converted (c): | 01/17/2013 (f) |
| | | | | | 341(a) Meeting Date: | 02/22/2013 |
| For Period Ending: | 11/21/2015 | | | | Claims Bar Date: | 08/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account, Suburban Bank & Trust | 1,000.00 | 0.00 | | 0.00 | FA |
| 2. Furniture | 580.00 | 580.00 | | 0.00 | FA |
| 3. Clothes | 300.00 | 0.00 | | 0.00 | FA |
| 4. Claim against William R Zimmerman for 2009 motorcycle accident in Kentucky settled per order 10/31/14 | 30,000.00 | 15,000.00 | | 122,500.00 | FA |
| 5. 2004 Chevy Suburban 1500 sold at auction per order 2/7/14 | 9,777.00 | 6,777.00 | | 2,750.00 | FA |
| 6. 2011 Harley Davidson FLHTCU Electra Glide Untra Classic | 15,750.00 | 811.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $57,407.00   $23,168.00   $125,250.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee preparing TDR

Initial Projected Date of Final Report (TFR): 12/31/2014   Current Projected Date of Final Report (TFR): 06/30/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-01925  
Case Name: WILLIAM EDWARDS  
Taxpayer ID No: XX-XXX6147  
For Period Ending: 11/21/2015  

Trustee Name: BRENDA PORTER HELMS, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX3656  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/25/14 | 5 | AMERICAN AUCTION ASSOCIATES INC. 508 W. Brittany DriveArlington Heights IL 60004 | sale of vehicle | 1129-000 | $2,750.00 | | $2,750.00 |
| 11/04/14 | 4 | NATIONWIDE INSURANCE P.O. Box 147081Gainesville FL 32614 | PARTIAL SETTLEMENT OF P.I. LAWSUIT | 1142-000 | $72,500.00 | | $75,250.00 |
| 11/04/14 | | NATIONAL MUTUAL INSURANCE CO | PARTIAL SETTLEMENT OF P.I. LAWSUIT | 1142-000 | $50,000.00 | | $125,250.00 |
| 11/12/14 | | Reverses Deposit # 3 | PARTIAL SETTLEMENT OF P.I. LAWSUIT stale check | 1142-000 | ($50,000.00) | | $75,250.00 |
| 12/08/14 | 4 | NATIONAL MUTUAL INSURANCE CO | personal injury litigation proceeds | 1142-000 | $50,000.00 | | $125,250.00 |
| 12/17/14 | 10002 | Reverses Check # 10002 | attorney expenses payee name spelled wrong | 3220-000 | | ($186.66) | $125,436.66 |
| 12/17/14 | 10001 | COOLEY, EDWARD L. | ATTORNEYS FEES | 3210-000 | | $40,833.33 | $84,603.33 |
| 12/17/14 | 10002 | COLLEY, EDWARD L. | attorney expenses | 3220-000 | | $186.66 | $84,416.67 |
| 12/17/14 | 10003 | BLUE CROSS BLUE SHIELD OF ILLINOIS | medical lien | 4220-000 | | $36,416.67 | $48,000.00 |
| 12/17/14 | 10004 | FIRST RECOVERY GROUP | medical lien | 4220-000 | | $2,077.34 | $45,922.66 |
| 12/17/14 | 10005 | GLA COLLECTION COMPANY | medical lien | 4220-000 | | $655.00 | $45,267.66 |
| 12/17/14 | 10006 | EDWARDS, WILLIAM | exemptions | 8100-002 | | $17,750.00 | $27,517.66 |
| 12/17/14 | 10007 | COOLEY, EDWARD | attorney expenses | 3220-000 | | $186.66 | $27,331.00 |
| 01/14/15 | | ASSOCIATED BANK | Bank Service Fee-assessed 11/2014 | 2600-000 | | $12.00 | $27,319.00 |
| 03/13/15 | 10008 | BRENDA PORTER HELMS | Trustee Compensation | 2100-000 | | $2,000.00 | $25,319.00 |
| 03/13/15 | 10009 | DAVID GROCHOCINSKI, TRUSTEE | Trustee Compensation | 2100-000 | | $6,625.00 | $18,694.00 |

Page Subtotals: $125,250.00  $106,556.00

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-01925 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: WILLIAM EDWARDS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3656 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6147 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/21/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/13/15 | 10010 | INNOVOLAW | Attorney for Trustee Fees (Trustee | 3110-000 | | $3,182.50 | $15,511.50 |
| 03/13/15 | 10011 | INNOVOLAW | Attorney for Trustee Expenses (Trus | 3120-000 | | $42.39 | $15,469.11 |
| 03/13/15 | 10012 | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. Thomas AvenueBridgeview, IL 60455 | Auctioneer for Trustee Expenses | 3620-000 | | $321.80 | $15,147.31 |
| 03/13/15 | 10013 | CAPITAL ONE BANK (USA), N.A. by American InfoSource LP as agentP.O. Box 71083Charlotte, NC  282721083 | Claim 1, Payment 100.00000% | 7100-000 | | $1,011.62 | $14,135.69 |
| 03/13/15 | 10014 | LVNV FUNDING c/o Blatt Hasenmiller, Leibsker & Moore125 S Wacker DriveSuite 400Chicago, IL  60606 | Claim 2, Payment 20.42835% | 7200-000 | | $1,804.64 | $12,331.05 |
| 03/13/15 | 10015 | NORTHERN LEASING SYSTEMS, INC P.O. Box 7861New York, NY  10116 | Claim 4, Payment 20.42846% | 7200-000 | | $518.27 | $11,812.78 |
| 03/13/15 | 10016 | W.W. COLLECTIONS 3601 AlgonquinRolling Meadows, IL 60008 | Claim 5, Payment 20.42840% | 7200-000 | | $510.71 | $11,302.07 |
| 03/13/15 | 10017 | KINGSTREAM c./o Edgerton & Edgerton125 Wood St.P.O. Box 218West Chicago IL 60186 | Claim 7, Payment 20.42840% | 7200-000 | | $11,302.07 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $125,250.00 | $125,250.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $125,250.00 | $125,250.00 |
| Less: Payments to Debtors | $0.00 | $17,750.00 |
| Net | $125,250.00 | $107,500.00 |

Page Subtotals: $0.00  $18,694.00

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3656 - Checking Account (Non-Interest Earn | $125,250.00 | $107,500.00 | $0.00 |
| | $125,250.00 | $107,500.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $125,250.00 |
| Total Gross Receipts: | $125,250.00 |

Page Subtotals: $0.00 $0.00